IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATHANIEL WATKINS, | ) | No. C 09-3071 MMC (PR) |
| Petitioner, | ) ) | **ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME** |
| v. | ) ) | |
| M.S. EVANS, | ) | **(Docket No. 12)** |
| Respondent. | ) ) | |
| _____ | ) | |

Good cause appearing, petitioner's request for an extension of time to oppose respondent's motion to dismiss certain claims in the petition as untimely is hereby GRANTED.[1] Petitioner shall file with the court and serve on respondent his opposition to the motion to dismiss no later than **September 1, 2010.** Respondent shall file a reply within **fifteen** days of the date petitioner's opposition is filed.

This order terminates Docket No. 12.

IT IS SO ORDERED.

DATED: August 6, 2010

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] In his motion, petitioner requests an extension of time to file a traverse to respondent's answer. As noted, however, respondent has not filed an answer but, instead, has filed a motion to dismiss. (Docket No. 11.)