IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL WATKINS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>M.S. EVANS,<br><br>　　　　Respondent. | No. C 09-3071 MMC (PR)<br><br>**ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME**<br><br>**(Docket No. 19)** |

　　　GOOD CAUSE APPEARING, respondent's motion for an extension of time to file a response to the petition is hereby GRANTED. Respondent shall file a response to the petition no later than **July 1, 2011.** Within **thirty** days of the date such answer or motion is filed, petitioner shall file with the Court and serve on respondent any traverse or opposition thereto.

　　　This order terminates Docket No. 19.

　　　IT IS SO ORDERED.

DATED: May 2, 2011

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge