United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL WATKINS,<br><br>    Petitioner,<br><br>  v.<br><br>TERRI GONZALEZ,<br><br>    Respondent.<br>_____ | No. C 09-3071 MMC (PR)<br><br>**ORDER GRANTING RESPONDENT'S SECOND REQUEST FOR EXTENSION OF TIME; DIRECTIONS TO CLERK**<br><br>**(Docket No. 21)** |

      GOOD CAUSE APPEARING, respondent's second motion for an extension of time to file a response to the petition is hereby GRANTED.  Respondent shall file a response to the petition no later than **August 1, 2011.**  Within **thirty** days of the date such answer or motion is filed, petitioner shall file with the Court and serve on respondent any traverse or opposition thereto.

      Because respondent Terri Gonzalez is the only respondent remaining in this action, the caption of this action shall be changed from Nathaniel Watkins v. M.S. Evans to Nathaniel Watkins v. Terri Gonzalez.  The new caption shall be used in all future filings.  The Clerk is directed to change the caption on the Court's docket forthwith.

      This order terminates Docket No. 21.

      IT IS SO ORDERED.

DATED: June 30, 2011

_____
MAXINE M. CHESNEY
United States District Judge