IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATHANIEL WATKINS, | ) | No. C 09-3071 MMC (PR) |
| Petitioner, | ) ) | **ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME; DIRECTING CLERK TO SUBSTITUTE WARDEN ANTHONY HEDGPETH AS RESPONDENT** |
| v. | ) ) | |
| ANTHONY HEDGPETH, | ) ) | |
| Respondent. | ) ) | **(Docket No. 24)** |
| _____ | ) | |

Good cause appearing, petitioner's request for an extension of time to file a traverse is hereby GRANTED. Petitioner shall file his traverse no later than **November 1, 2011**. The Court cannot provide petitioner with the legal advice he requests. Petitioner is responsible for educating himself on federal habeas corpus procedure.

The Clerk is directed to substitute as respondent in this action, Anthony Hedgpeth, Warden of Salinas Valley State Prison, where petitioner currently is incarcerated.

This order terminates Docket No. 24.

IT IS SO ORDERED.

DATED: August 22, 2011

_____
MAXINE M. CHESNEY
United States District Judge