United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL WATKINS, ) | No. C 09-3071 MMC (PR) |
| ) | |
| Petitioner, ) | **ORDER GRANTING PETITIONER'S REQUEST FOR COPY OF LODGED EXHIBIT** |
| v. ) | |
| ) | |
| ANTHONY HEDGPETH, ) | **(Docket No. 26)** |
| ) | |
| Respondent. ) | |
| _____ ) | |

    Good cause appearing, petitioner's request for a copy of the Clerk's Transcript, which respondent lodged as an exhibit with the Court on August 2, 2011 is hereby GRANTED. Within **fifteen** days of the date this order is filed, respondent shall provide petitioner with a copy of said exhibit.

    This order terminates Docket No. 26.

    IT IS SO ORDERED.

DATED: September 27, 2011

_____
MAXINE M. CHESNEY
United States District Judge