IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATHANIEL WATKINS, | ) | No. C 09-3071 MMC (PR) |
| Petitioner, | ) ) | **ORDER GRANTING PETITIONER'S REQUEST FOR COPY OF LODGED EXHIBIT** |
| v. | ) ) | |
| ANTHONY HEDGPETH, | ) | **(Docket No. 26)** |
| Respondent. | ) ) | |

     Good cause appearing, petitioner's request for a copy of the Clerk's Transcript, which respondent lodged as an exhibit with the Court on August 2, 2011 is hereby GRANTED. Within **fifteen** days of the date this order is filed, respondent shall provide petitioner with a copy of said exhibit.

     This order terminates Docket No. 26.

     IT IS SO ORDERED.

DATED: September 27, 2011

_____
MAXINE M. CHESNEY
United States District Judge