IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL WATKINS, ) | No. C 09-3071 MMC (PR) |
| Petitioner, ) | **ORDER GRANTING PETITIONER'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE** |
| v. ) | |
| ANTHONY HEDGPETH, ) | **(Docket No. 29)** |
| Respondent. ) | |

Good cause appearing, petitioner's second request for an extension of time to file a traverse is hereby GRANTED. Petitioner shall file his traverse no later than **December 1, 2011**.

This order terminates Docket No. 29.

IT IS SO ORDERED.

DATED: October 26, 2011

_____
MAXINE M. CHESNEY
United States District Judge