IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL WATKINS,<br><br>    Petitioner,<br><br>  v.<br><br>ANTHONY HEDGPETH,<br><br>    Respondent.<br>_____ | No. C 09-3071 MMC (PR)<br><br>**ORDER GRANTING PETITIONER'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE**<br><br>**(Docket No. 29)** |

    Good cause appearing, petitioner's second request for an extension of time to file a traverse is hereby GRANTED. Petitioner shall file his traverse no later than **December 1, 2011**.

    This order terminates Docket No. 29.

    IT IS SO ORDERED.

DATED: October 26, 2011

_____
MAXINE M. CHESNEY
United States District Judge