IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL WATKINS,

        Petitioner,

  v.

ANTHONY HEDGPETH,

        Respondent.
                                               /

No. CV-09-3071 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

The petition for a writ of habeas corpus is hereby DENIED, and a certificate of appealability is hereby DENIED.

Dated: June 28, 2012

                                          Richard W. Wieking, Clerk

                                          *Tracy Lucero*

                                          By: Tracy Lucero
                                          Deputy Clerk