United States District Court

For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

NATHANIEL WATKINS,                              No. C-09-3071 MMC

10

        Petitioner,                **ORDER DENYING PETITIONER'S**

11

  v.                                         **APPLICATION FOR CERTIFICATE OF**
                                        **APPEALABILITY**

12

ANTHONY HEDGPETH,

13

        Respondent.

14

                                        /

15
16

        Before the Court is petitioner's "Application for Certificate of Appealability from the

17

District Court and Statement of Reason in Support," filed November 29, 2012.  Having read

and considered the application, the Court rules as follows.

18

        By order filed June 26, 2012, the Court denied petitioner's petition for a writ of

19

habeas corpus and declined to issue a certificate of appealability.  Consequently, the Court

20

construes the instant application as a request to reconsider whether a certificate of

21

appealability should be issued.  So construed, the application is hereby DENIED, for the

22

reason that petitioner fails to identify any cognizable basis for reconsideration exists, see

23

Fed. R. Civ. P. 6)(b), and, in any event, fails to make a substantial showing of the denial of

24

a constitutional right, see 28 U.S.C. § 2253(c)(2).

25

      **IT IS SO ORDERED.**

26
27

Dated:  December 21, 2012

28

                            MAXINE M. CHESNEY
                            United States District Judge